| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | CASE NUMBER (TRANS. COURT) 2:97-CR-001-J(02) |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Tuan Kiem Tran | DISTRICT  Northern District of Texas | | CASE NUMBER (REC. COURT) 04-10174 |
| | | DIVISION  Amarillo | |
| | NAME OF SENTENCING JUDGE  Mary Lou Robinson | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  10/31/2002 | TO  10/30/2006 |
| OFFENSE  21 USC § 846 and 18 USC §§ 922(n) & 924(a)(1)(D) Conspiracy and Transporting Firearm While Under Indictment ||||

FILED IN CLERK'S OFFICE
2005 MAY 27 P 12:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_May 21, 2004_
Date

_Mary Lou Robinson_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Massachusetts**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 1, 2004_
Effective date

_William G. Young_
United States District Judge